IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02302-RPM

MICHELE RUBIO-EICKHOFF,

        Plaintiff,

v.

TERUMO BCT, INC.,

        Defendant.
_____

ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
_____

Upon review of Plaintiff Rubio-Eickhoff's Unopposed Motion for Leave to File First Amended Complaint [24], it is

ORDERED that the motion is granted and the First Amended Complaint and Jury Demand attached thereto is accepted for filing.

DATED:   December 29th, 2014

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge