IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02302-RPM

MICHELE RUBIO-EICKHOFF,

        Plaintiff,

v.

TERUMO BCT, INC.,

        Defendant.
_____

### ORDER OF DISMISSAL
_____

    Pursuant to the stipulation for dismissal [Doc. 44] filed April 28, 2015, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own attorney fees and costs.

    DATED:   April 29th, 2015

                                                      BY THE COURT:

                                                    s/Richard P. Matsch
                                                    _____
                                                    Richard P. Matsch, Senior Judge